NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KEVIN L. GREENE,**

*Petitioner*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**

*Respondent*

---

2023-2084

---

Petition for review of the Merit Systems Protection Board in No. DC-0752-23-0239-I-1.

---

## O R D E R

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52 (a) (1), to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31 (a) within the time permitted, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in

2                                                    GREENE V. DVA

accordance with the rules.


                                        FOR THE COURT

September 18, 2023
        Date                    /s/ Jarrett B. Perlow
                                Jarrett B. Perlow
                                Clerk of Court


**ISSUED AS A MANDATE:** September 18, 2023